BADIAK & WILL, LLP
Attorneys for Plaintiff
SAFIC ALCAN & CIE
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-L-001-RB

------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SAFIC ALCAN & CIE.,

                Plaintiff,

-against-

M/T "KASCO", her engines, boilers,
etc., and STARFISH ENTERPRISES, INC.,

                Defendant.
------------------------------------------------------------X

07 CV

**RULE 7.1 STATEMENT**

MAY 2 2 2007

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

**NONE**

DATED:    May 22, 2007

SIGNATURE OF ATTORNEY
ROMAN BADIAK