BADIAK & WILL, LLP
Attorneys for Plaintiff
SAFIC ALCAN & CIE, et al.
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-L-001-RB


-----------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAFIC ALCAN & CIE d/b/a ED&F MAN FRANCE          **07 CV 3977 (JSR)**
And PT AGRO JAYA PERDANA

                              Plaintiff,                    **AMENDED RULE 7.1**
                                                           **STATEMENT**


        -against-


M/T "KASCO", her engines, boilers,
etc., and STARFISH ENTERPRISES, INC.,

                              Defendant.
-----------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO

EVALUATE    POSSIBLE    DISQUALIFICATION    OR    RECUSAL,    THE

UNDERSIGNED    COUNSEL    OF    RECORD    FOR    A    PRIVATE    (NON-

GOVERNMENTAL)  PARTY  CERTIFIES  THAT  THE  FOLLOWING  ARE

CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY

WHICH ARE PUBLICLY.

                         **NONE**

DATED:        May 29, 2007                       _____
                                                 SIGNATURE OF ATTORNEY
                                                 ROMAN BADIAK