# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 07 Civ. 3977 (JSR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, SAFIC ALCAN & CIE d/b/a ED&F MAN FRANCE and PT AGRO JAYA PERDANA, as lead counsel. Roman Badiak, former lead counsel, has retired from the firm and this matter is now being handled by the undersigned.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/12/2007 | *(signature)* |
| Date | Signature |
| | James P. Krauzlis, Esq.    JK4972 |
| | Print Name    Bar Number |
| | 106 3rd Street |
| | Address |
| | Mineola    New York    11501 |
| | City    State    Zip Code |
| | (516) 877-2225    (516) 877-2230 |
| | Phone Number    Fax Number |