```
------------------------------------------------X
```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------X
```

SAFICAN ALCIAN &CIE d/b/a ED&F MAN,                    07 CV 3977 (JSR)
FRANCE and PT AGRO JAYA PERDANA

         Plaintiff

                         **AFFIDAVIT OF SERVICE**

    -against-

M/T "KASCO", her engines, boilers
etc., and STARFISH ENTERPRISES, INC.,

             Defendant
```
------------------------------------------------X
```

COUNTRY OF GREECE  ) )ss:

CITY OF ATHENS

    I, MARIA PAPAMICHAILOF, being duly sworn, hereby depose and say:

    1. I am over the age of 18 years and am not a party to this case. I reside at 95 Filonos Street, Piraeus, Greece.

    2. I am a Greek Court Bailiff duly appointed to the Court of First Instance of Piraeus Greece and qualified to serve legal documents upon individuals and legal entities having their residence/registered seat within the Prefecture of Attica Greece.

    3. On January 21, 2008 the day being a Monday and at 15:00 hrs, I proceeded to the offices of Delphi SA at 6-8 Aitolikou (or Etolikou) Street Piraeus Attica Greece, in its capacity as agent, manager, representative and service of process of the company STARFISH ENTERPRISES, INC., the Defendant. Not having found anyone at the offices of Delphi SA its legal representative or any other person, I summoned the witness THEODOROS ALMYRANTIS and in his presence and pursuant to article 128§4(a) of the Greek Code of Civil Procedure, I personally pined on the door of Delphi SA, in its aforementioned capacity the following documents: (i) Amended Summons in a Civil Case dated 06.06.2007 under case number 07 CV 3977 (JSR) together with Greek translation thereof; (ii) Amended Complaint before the United States-District Court-Southern District of New York dated 29.05.2007 under case

number 07 CV 3977 (JSR) together with Greek translation thereof, (iii) Certificate of Accuracy dated 28.11.2007 together with Greek translation thereof.

Following the above I drafted Affidavit of Service number 9316/21.01.2008 which was countersigned by the above witness; moreover, on the same date I proceeded to the Police Station of Kaminia Piraeus Greece and, pursuant to article 128§ 4(b) of the Greek Code of Civil Procedure handed over to the competent official a copy of the above pined up documents; on 22.01.2008 I proceeded to the Post Office of Ambelakia, Salamina, Greece and, pursuant to article 128§4(c) of the Greek Code of Civil Procedure mailed by registered mail to Delphi SA the details of the above service.

The original Affidavit of Service under number 9316/21.01.2008 (together with English thereof) issued by myself in my capacity as a court bailiff of the Court of First Instance of Piraeus Greece attaching (i) Amended Summons in a Civil Case dated 06.06.2007 under case number 07 CV 3977 (JSR) together with Greek translation thereof; (ii) Amended Complaint before the United States-District Court-Southern District of New York dated 29.05.2007 under case number 07 CV 3977 (JSR) together with Greek translation thereof, (iii) Certificate of Accuracy dated 28.11.2007 together with Greek translation thereof, is attached hereto and marked "Λ".

4.  I further state that under Greek law the service described in the Affidavit of Service number 9316/21.01.2008 and the procedure followed after that constitutes good and proper service on the Defendant according to Greek law.

MARIA PAPAMICHAILOF

Sworn to before me this 15th day of February 2008

United States Consulate Official

Elaine Paplos
American Vice Consul

ΑΓΓΕΛΙΚΗ ΑΝΤΙΑΟΓΗ...
ΦΙΛΕΛΛΗΝΩΝ 3-7, ΠΕΙΡΑΙΑΣ
ΤΗΛ. 4294200, Α.Μ. Δ.Σ.Α. 20511
Α.Φ.Μ. 033414297 · Δ.Ο.Υ. Γ΄ ΠΕΙΡΑΙΑ

LAWYERS' AND MERCHANTS' TRANSLATION BUREAU, INC.

Μεταφράσεις Νομικών, Οικονομικών, Επιστημονικών, Τεχνικών Εγγράφων και Εγγράφων

Ευρεσιτεχνιών

11 BROADWAY

NEW YORK, NY 10004

*Εμπορικό σήμα*

Πιστοποιητικό Ακρίβειας *[Μετάφρασης]*

**ΜΕΤΑΦΡΑΣΗ**

Από: Αγγλικά          Σε: Ελληνικά

ΠΟΛΙΤΕΙΑ ΤΗΣ ΝΕΑΣ ΥΟΡΚΗΣ                    )

ΚΟΜΗΤΕΙΑ ΤΗΣ ΝΕΑΣ ΥΟΡΚΗΣ                    )

Σήμερα, εμφανίστηκε ενώπιόν μου

η οποία αφού ορκίστηκε νόμιμα, καταθέτει και δηλώνει:

Ότι η Elisabeth A. Lucas είναι μεταφράστρια της ελληνικής και της Αγγλικής γλώσσας κατ΄ επάγγελμα και κατά συνέπεια συνδέεται επαγγελματικά με την εταιρία LAWYERS'   AND   MERCHANTS'   TRANSLATION   BUREAU,   INC. *[Μεταφραστικό Γραφείο Δικηγόρων και Εμπόρων].*

Ότι η  Elisabeth A. Lucas γνωρίζει πλήρως τις δύο αυτές γλώσσες.

Ότι η Elisabeth A. Lucas έκανε προσεκτικά την συνημμένη μετάφραση από το πρωτότυπο κείμενο που έχει συνταχθεί στην Ελληνική γλώσσα και

Ότι η συνημμένη μετάφραση αποτελεί ακριβή και ορθή Ελληνική απόδοση του πρωτοτύπου αυτού στο μέτρο που η Elisabeth A. Lucas γνωρίζει και πιστεύει.

**ΥΠΟΓΡΑΦΗΚΕ ΚΑΙ ΟΡΚΙΣΤΗΚΕ ΕΝΩΠΙΟΝ ΜΟΥ**

*28 NOEM 2007*                    *(υπογραφή)*

*(υπογραφή)*

*Susan Tapley*

*Συμβολαιογράφος, Πολιτεία της Νέας Υόρκης*

*Αριθμός 01TA4999804*

*Ασκούσα το επάγγελμα στην Κομητεία Queens*

*Πιστοποιητικό έχει κατατεθεί στην Κομητεία της Νέας Υόρκης*

*Και στην Κομητεία Kings*

*Η άδεια λήγει στις 27 Ιουλίου 2010*



Βεβαιώνω σύμφωνα με το άρθρ. 53 Ν. 3026/1954 ότι
το παρόν αποτελεί ακριβή (αποσπασματική) μετά-
φραση στην Ελληνική γλώσσα του συνημμένου εγ-
γράφου που είναι συντεταγμένο στην Αγγλική γλώσσα
και το οποίο επισυνάπτω.

Πειραιάς.......... 10|12|2001 ..........
Ο Βεβαιών Δικηγόρος

ΑΓΓΕΛΙΚΗ ΑΝΤΩΝΟΠΟΥΛΟΥ
ΔΙΚΗΓΟΡΟΣ
ΦΙΛΕΛΛΗΝΩΝ 5-7 ΠΕΙΡΑΙΑΣ
ΤΗΛ. 4295200, Α.Μ.Δ.Σ.Α. 20511
Α.Φ.Μ. 039-14207 Δ.Ο.Υ. Γ΄ΠΕΙΡΑΙΑ




ΑΓΓΕΛΙΚΗ
ΔΙ
ΦΙΛΕΛΛΗ
ΤΗΛ. 4295
Α.Φ.Μ. 039

# LAWYERS' AND MERCHANTS' TRANSLATION BUREAU, INC.

Legal, Financial, Scientific, Technical and Patent Translations

11 BROADWAY
NEW YORK, NY 10004



## Certificate of Accuracy

### TRANSLATION

From   English        into   Greek

STATE OF NEW YORK
COUNTY OF NEW YORK            } s.s.:

On this day personally appeared before me
who, after being duly sworn, deposes and states:

That Elisabeth A. Lucas is a translator of the   Greek        and English
languages by profession and as such connected with the **LAWYERS' & MERCHANTS'**
**TRANSLATION BUREAU;**

That Elisabeth A. Lucas is thoroughly conversant with these languages;

That Elisabeth A. Lucas has carefully made the attached translation from the
original document written in the     English language; and

That the attached translation is a true and correct   Greek        version of such
original, to the best of Elisabeth A. Lucas's knowledge and belief.

**SUBSCRIBED AND SWORN TO BEFORE ME**
**THIS**

NOV 2 8 2007

Susan Tapley·
Notary Public, State of New York
No. 01TA4999804
Qualified in Queens County
Certificate filed in New York County
and Kings County
Commission Expires July 27, 2010





(BB Avπθ 10/93) Κλήτευση σε Αστική Υπόθεση – SDNY WEB 4/99

# Περιφερειακό Δικαστήριο Ηνωμένων Πολιτειών

## ΝΟΤΙΑ ΠΕΡΙΦΕΡΕΙΑ ΝΕΑΣ ΥΟΡΚΗΣ

SAFIC ALCAN & CIE   d/b/a
ED&F MAN FRANCE και
PT AGRO JAYA PERDANA

ΤΡΟΠΟΠΟΙΗΣΗ
**ΚΛΗΤΕΥΣΗΣ ΣΕ ΑΣΤΙΚΗ
ΥΠΟΘΕΣΗ**

ΚΑΤΑ                                ΑΡ. ΥΠΟΘΕΣΗΣ:  07 CV 3977 (JSR)

του Δεξαμενόπλοιου "KASCO", των μηχανών,
λεβήτων κ.λπ. αυτού
και της STARFISH ENTERPRISES, INC.,

ΠΡΟΣ: (Ονοματεπώνυμο και διεύθυνση εναγομένου)
STARFISH ENTERPRISES, INC.
φροντίδι της Delfi SA.
Σκουζέ 14
185 36 Πειραιάς, Ελλάδα

ΤΟ ΠΑΡΟΝ ΑΠΟΤΕΛΕΙ ΚΛΗΤΕΥΣΗ και αίτημα προς εσάς
προκειμένου να επιδώσετε στον ΔΙΚΗΓΟΡΟ ΤΟΥ ΕΝΑΓΟΝΤΟΣ (ονοματεπώνυμο και
διεύθυνση)
BADIAK & WILL, LLP
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Σχετ. μας: 07-L-001-RB

απάντηση στην καταγγελία η οποία δια του παρόντος επιδίδεται σε εσάς, εντός
_____30_____ημερών μετά την επίδοση της παρούσας κλήτευσης σε



Case 2:07-cv-03977-JSR    Document 8    Filed 03/04/2008    Page 9 of 34



σάς, της ημέρας επίδοσης εξαιρουμένης. Εάν δεν προβείτε στην ενέργεια αυτή, θα ληφθεί δικαστική απόφαση ερήμην και εις βάρος σας για την αποζημίωση που απαιτείται βάσει της καταγγελίας. Πρέπει επίσης να καταθέσετε την απάντησή σας στον Γραμματέα του εν λόγω Δικαστηρίου, εντός εύλογου χρονικού διαστήματος μετά την επίδοση.

**J. MICHAEL McMAHON**          06 ΙΟΥΝΙΟΥ 2007
ΓΡΑΜΜΑΤΕΑΣ                                    ΗΜΕΡΟΜΗΝΙΑ

*(υπογραφή)*

(ΔΙΑ ΤΟΥ) ΑΝΑΠΛΗΡΩΤΗ ΓΡΑΜΜΑΤΕΑ





AO 440 (Αναθ. 10/93) Κλήτευση σε Αστική Υπόθεση – SDNY WEB 4/99

## ΑΠΟΔΕΙΚΤΙΚΟ ΕΠΙΔΟΣΗΣ

| Η επίδοση της Κλήτευσης και της Καταγγελίας έγινε από εμένα[1] | ΗΜΕΡΟΜΗΝΙΑ |
|---|---|
| ΟΝΟΜΑΤΕΠΩΝΥΜΟ ΔΙΚΑΣΤΙΚΟΥ ΚΛΗΤΗΡΑ (ΚΕΦΑΛΑΙΑ) | ΤΙΤΛΟΣ |

*Σημειώστε ένα από τα παρακάτω πλαίσια για να υποδείξετε τον αντίστοιχο τρόπο επίδοσης*

☐ Επίδοση αυτοπροσώπως στον εναγόμενο. Τόπος επίδοσης: _____

☐ Παράδοση αντιγράφων στην κατοικία ή τον συνήθη τόπο διαμονής του εναγομένου σε άτομο δέουσας ηλικίας και αντίληψης που διέμενε στην κατοικία αυτή το συγκεκριμένο διάστημα.
Ονοματεπώνυμο ατόμου στο οποίο παραδόθηκε η κλήτευση και η καταγγελία: _____

☐ Επιστροφή άνευ επίδοσης: _____
_____
_____

☐ Άλλο (διευκρινίστε): _____
_____

## ΔΗΛΩΣΗ ΧΡΕΩΣΕΩΝ ΕΠΙΔΟΣΗΣ

| ΜΕΤΑΦΟΡΙΚΑ | ΥΠΗΡΕΣΙΕΣ | ΣΥΝΟΛΟ |
|---|---|---|

## ΔΗΛΩΣΗ ΔΙΚΑΣΤΙΚΟΥ ΚΛΗΤΗΡΑ

Δηλώνω, επί ποινής ψευδορκίας σύμφωνα με τους νόμους των Ηνωμένων Πολιτειών Αμερικής, ότι οι ανωτέρω πληροφορίες που περιέχονται στο Αποδεικτικό Επίδοσης και στη Δήλωση Χρεώσεων Επίδοσης είναι ορθές και αληθείς.

Εξετελέσθη την _____
Ημερομηνία

Υπογραφή Δικαστικού Κλητήρα _____

Διεύθυνση Δικαστικού Κλητήρα _____

J. MICHAEL McMAHON

(1) Σχετικά με το ποιος δύναται να επιδόσει κλήτευση βλ. Κανονισμό 4 του Ομοσπονδιακού Κώδικα Πολιτικής Δικονομίας.





BADIAK & WILL, LLP
Δικηγόροι της Ενάγουσας
SAFIC ALCAN & CIE, κ.ά.
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Σχετ. μας: 07-L-001-RB

06 ΙΟΥΝΙΟΥ 2007
[δυσανάγν. σφραγίδα]

-------------------------------------------------------------X

ΠΕΡΙΦΕΡΕΙΑΚΟ ΔΙΚΑΣΤΗΡΙΟ ΗΝΩΜΕΝΩΝ ΠΟΛΙΤΕΙΩΝ
ΝΟΤΙΑ ΠΕΡΙΦΕΡΕΙΑ ΝΕΑΣ ΥΟΡΚΗΣ
-------------------------------------------------------------X

SAFIC ALCAN & CIE d/b/a ED&F MAN
FRANCE και PT AGRO JAYA PERDANA                      07 CV 3977 (JSR)

           Ενάγουσα          <u>ΤΡΟΠΟΠΟΙΗΜΕΝΗ ΚΑΤΑΓΓΕΛΙΑ</u>

          -κατά-

του Δεξαμενόπλοιου "KASCO", των μηχανών, λεβήτων
κ.λπ. αυτού, και της STARFISH ENTERPRISES, INC.,

          Εναγομένη.
-------------------------------------------------------------X

    Η Ενάγουσα, η εταιρεία SAFIC ALCAN & CIE, διαμέσου των δικηγόρων της
BADIAK & WILL, LLP, καταγγέλλει την εναγομένη με βάση πληροφορίες και με βάση
όσα πιστεύει, ως προς τα ακόλουθα:

    1.   Η παρούσα συνιστά αγωγή ναυτικού δικαίου υπό την έννοια του
Κανονισμού 9(h) του Ομοσπονδιακού Κώδικα Πολιτικής Δικονομίας.

    2.   Η Ενάγουσα, SAFIC ALCAN & CIE d/b/a ED&F MAN FRANCE, ήταν
και εξακολουθεί να είναι επιχείρηση νομίμως συσταθείσα και υφισταμένη στο πλαίσιο και
δυνάμει της νομοθεσίας ξένου κράτους, με γραφείο και τόπο άσκησης δραστηριοτήτων
στη διεύθυνση 3 Rue Bellini, 92806 Puteaux Cedex, Γαλλία.

Καθ' όλο το χρονικό διάστημα που αναφέρεται στο παρόν, η ενάγουσα PT AGRO JAYA PERDANA ήταν και εξακολουθεί να είναι επιχείρηση νομίμως συσταθείσα και υφισταμένη στο πλαίσιο και δυνάμει της νομοθεσίας ξένου κράτους, με γραφείο και τόπο άσκησης δραστηριοτήτων στη διεύθυνση Yos Sundarso KM 15.5, Medan, Ινδονησία.

4.    Η Εναγόμενη, η εταιρεία STARFISH ENTERPRISES, INC., ήταν και εξακολουθεί να είναι επιχείρηση νομίμως συσταθείσα και υφισταμένη στο πλαίσιο και δυνάμει της νομοθεσίας ξένου κράτους, με γραφείο και τόπο άσκησης δραστηριοτήτων στη διεύθυνση φροντίδι της Delfi Α.Ε., Σκουζέ 14, 185 36 Πειραιάς, Ελλάδα.

5.    Καθ' όλο το χρονικό διάστημα που αναφέρεται στο παρόν, η ενάγουσα δραστηριοποιείτο και εξακολουθεί να δραστηριοποιείται ως κοινός θαλάσσιος μεταφορέας εμπορευμάτων για λογαριασμό τρίτων και κατείχε, λειτουργούσε, διαχειριζόταν, ναύλωνε και/ή είχε με άλλο τρόπο υπό τον έλεγχό της το Δεξαμενόπλοιο "KASCO" και ενεργούσε ως μεσεγγυητής φορτίου.

6.    Όλες οι προϋποθέσεις που απαιτούνται από την ενάγουσα και τους προκατόχους αυτής έχουν εκπληρωθεί.

7.    Ότι την ή περί την 16η Απριλίου 2006, στο λιμάνι του Belawan (Μπελαουάν), στην Ινδονησία, στο Δεξαμενόπλοιο "KASCO" της εναγόμενης είχε φορτωθεί έλαιο φοινικοπυρήνα.

8.    Το εν λόγω φορτίο παραδόθηκε στην εναγόμενη και στο προαναφερθέν πλοίο, ως κοινούς μεταφορείς, το οποίο φορτίο ήταν σε καλή κατάσταση κατά τη φόρτωση, και οι εναγόμενοι δέχθηκαν το εν λόγω φορτίο που είχε αποσταλεί και παραδοθεί σε αυτούς και σε αντάλλαγμα συγκεκριμένων συμφωνημένων ναύλων οι οποίοι καταβλήθηκαν επί τούτου, ή συμφωνήθηκε να καταβληθούν, συμφώνησαν να μεταφέρουν το εν λόγω φορτίο στη Γένοβα της Ιταλίας και να το παραδώσουν εκεί στην ίδια καλή κατάσταση στην οποία βρισκόταν κατά τη φόρτωσή του.

9.    Το εν λόγω πλοίο αφίχθη στη Γένοβα, όπου η εναγόμενη δεν παρέδωσε το εν λόγω φορτίο στην ίδια καλή κατάσταση που το παρέλαβε, αλλά με σοβαρές φθορές, υποβαθμισμένο σε αξία και με ελλείψεις κατά παράβαση των υποχρεώσεων και των καθηκόντων της εναγόμενης και του εν λόγω πλοίου ως κοινών θαλάσσιων μεταφορέων εμπορευμάτων για λογαριασμό τρίτων και μεσεγγυητών φορτίου.

10.    Η Ενάγουσα επιφυλάσσεται του δικαιώματός της να προσφύγει σε διαιτησία σύμφωνα με το συμβόλαιο ναύλωσης.

11.    Με βάση τις προαναφερθείσες αιτιάσεις, η ενάγουσα υπέστη ζημίες της τάξεως των 300.000,00 δολαρίων Η.Π.Α., κανένα μέρος των οποίων δεν έχει καταβληθεί παρά τη δέουσα απαίτησή τους από την εναγόμενη.





**ΚΑΤΟΠΙΝ ΤΟΥΤΟΥ**, η Ενάγουσα αιτείται:

1.      Να εκκινήσουν οι δέουσες νομικές διαδικασίες σύμφωνα με την πρακτική του εν λόγω Δικαστηρίου.

2.      Σε περίπτωση που η εναγομένη δεν είναι δυνατόν να εντοπισθεί εντός της παρούσας Περιφέρειας, όλα τα περιουσιακά στοιχεία αυτής που βρίσκονται εντός της παρούσας Περιφέρειας, όπως παρατίθενται σε παράρτημα του παρόντος, να κατασχεθούν για το χρηματικό ποσό που αναφέρεται στην παρούσα Καταγγελία.

3.      Να εκκινήσουν οι δέουσες νομικές διαδικασίες κατά του προαναφερθέντος πλοίου, σύμφωνα με την πρακτική του εν λόγω Δικαστηρίου σε υποθέσεις απαιτήσεων ναυτικού δικαίου.

4.      Να εκδοθεί δικαστική απόφαση υπέρ της ενάγουσας και εις βάρος της εναγομένης για το ποσό στο οποίο ανέρχονται οι ζημίες της ενάγουσας, πλέον τόκων και εξόδων.

ΗΜΕΡΟΜΗΝΙΑ:      Mineola, Νέα Υόρκη

29 Μαΐου 2007

Μετά τιμής

BADIAK & WILL, LLP
Δικηγόροι της Ενάγουσας
SAFIC ALCAN & CIE, κ.ά.
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Σχετ. μας: 07-L-001-RB

Δια του: ___*(υπογραφή)*_____
ROMAN BADIAK (RB-1130)

‹AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

SAFIC ALCAN & CIE  d/b/a
ED&F MAN FRANCE and
PT AGRO JAYA PERDANA

**AMENDED**
## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:  07 CV 3977 (JSR)

M/T "KASCO", her engines, boilers, etc.,
and STARFISH ENTERPRISES, INC.,

TO: (Name and address of defendant)

STARFISH ENTERPRISES, INC.
c/o Delfi SA
14, Skouze Street
185 36 Piraeus, Greece

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BADIAK & WILL, LLP
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.:  07-L-001-RB

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

JUN 0 6 2007

J. MICHAEL McMAHON                                    DATE
CLERK

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93)  Summons in a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant.  Place where served: _____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐    Returned unexecuted: _____
_____
_____

☐    Other *(specify):* _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                                    Signature of Server

                                         _____
                                         Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



BADIAK & WILL, LLP
Attorneys for Plaintiff
SAFIC ALCAN & CIE, et al.
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-L-001-RB

------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

SAFIC ALCAN & CIE d/b/a ED&F MAN
FRANCE and PT AGRO JAYA PERDANA

                Plaintiff,

      -against-

M/T "KASCO", her engines, boilers,
etc., and STARFISH ENTERPRISES, INC.,

                Defendant.
------------------------------------------------X

07 CV 3977 (JSR)

AMENDED COMPLAINT

    Plaintiff, SAFIC ALCAN & CIE, by its attorneys BADIAK & WILL, LLP,
complains of the defendant upon information and belief, as follows:

    1.    This is an admiralty and maritime claim within the meaning of Rule 9(h)
of the Federal Rules of Civil Procedure.

    2.    Plaintiff, SAFIC ALCAN & CIE d/b/a ED&F MAN FRANCE, was and
still is a corporation duly organized and existing under and by virtue of the laws of a
foreign nation, with an office and place of business located at 3 Rue Bellini, 92806
Puteaux Codex, France.

    3.    At and during all the times hereinafter mentioned, plaintiff PT AGRO
JAYA PERDANA, was and still is a corporation duly organized and existing under and

A CERTIFIED COPY
J. MICHAEL McMAHON,       CLERK

By _____
          DEPUTY CLERK



by virtue of the laws of a foreign nation with an office and place of business located at Yos Sundarso KM 15.5, Medan, Indonesia.

4.    Defendant, STARFISH ENTERPRISES, INC., was and still is a corporation duly organized and existing under and by virtue of the laws of a foreign nation with an office and place of business located at c/o Delfi SA, 14, Skouze Street, 185 36 Piraeus, Greece.

5.    At and during the times hereinafter mentioned, defendant was and still is engaged in the business as a common carrier of merchandise by water for hire and owned, operated, managed, chartered and/or otherwise controlled the vessel M/T "KASCO" and was a bailee of cargo.

6.    All conditions precedent required of plaintiff and its predecessors in interest have been performed.

7.    That on or about April 16, 2006, at the port of Belawan, Indonesia, there was shipped palm kernel oil on board the defendant's vessel "KASCO".

8.    Said shipment was delivered to defendant and the aforementioned vessel, as common carriers, then being in good order and condition, and defendants accepted said shipment so shipped and delivered to them and in consideration of certain agreed freight charges thereupon paid, or agreed to be paid, agreed to transport and carry said shipment to Genoa, Italy and there deliver same in like good order and condition as when shipped.

9.    Said vessel arrived at Genoa where defendant failed to make delivery of said shipment in the same good order as received, but seriously damaged, depreciated in



...value and with shortages in violation of defendant's and said vessel's obligations and duties as common carriers of merchandise by water for hire and bailees of cargo.

10.    Plaintiff reserves its rights to arbitration as per the charter party.

11.    By reason of said premises, plaintiff has sustained damages in the amount of $300,000.00, no part of which has been paid although duly demanded of defendant.

WHEREFORE, Plaintiff prays:

1.    That process in due form of law may issue according to the practice of this Court.

2    That if defendant cannot be found within this District, that all their property within this District, as shall be described in an addendum hereto, be attached in the amount set forth in this Complaint.

3.    That process in due form of law according to the practice of this Court in causes of admiralty and maritime claims may issue against the aforesaid vessel.

4.    That judgment be entered in favor of plaintiff against the defendant for the amount of plaintiff's damages, together with interest and costs.

DATED:    Mineola, New York
           May 29, 2007



                              Yours, etc.,

                              BADIAK & WILL, LLP
                              Attorneys for Plaintiff
                              SAFIC ALCAN & CIE, et al.
                              106 Third Street
                              Mineola, New York 11501-4404
                              (516) 877-2225
                              Our Ref.: 07-L-001-RB


                    By: _____
                         ROMAN BADIAK (RB-1130)

## ΠΑΡΑΓΓΕΛΙΑ ΠΡΟΣ ΕΠΙΔΟΣΗ

Άρμόδιος Δικαστικός Επιμελητής παραγγέλλεται να επιδώσει νόμιμα την συνημμένη (i) Τροποποίηση Κλήτευσης σε Αστική Υπόθεση (AMENDED SUMMONS IN A CIVIL CASE) (ii) Τροποποιημένη Καταγγελία (AMENDED COMPLAINT) ενώπιον του Περιφερειακού Δικαστηρίου των Ηνωμένων Πολιτειών-Νότια Περιφέρεια της Νέας Υόρκης (UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF NEW YORK) με τη συνημμένη μετάφραση αυτών στην ελληνική γλώσσα δυνάμει του συνημμένου Πιστοποιητικού Ακρίβειας *[Μετάφρασης]* [Certificate of Accuracy] και της μετάφρασης αυτού στην εταιρεία με την επωνυμία «DELFI SA» που εδρεύει στον Πειραιά Αττικής (οδός Αιτωλικού αριθμός 6-8) υπό την ιδιότητά της ως πράκτορας, διαχειρίστρια, εκπρόσωπος και αντίκλητος της εναγομένης εταιρείας με την επωνυμία «STARFISH ENTERPRISES, INC.» πλοιοκτήτριας του πλοίου με σημαία Λιβερίας «KASCO», όπως εκπροσωπείται νόμιμα, η οποία εδρεύει στη Δημοκρατία της Λιβερίας, για να λάβει γνώση και για τις νόμιμες συνέπειες.

Πειραιάς 13 Δεκεμβρίου 2007

Η παραγγέλουσα δικηγόρος

ΑΓΓΕΛΙΚΗ ΑΝΤΩΝΟΠΟΥΛΟΥ
ΔΙΚΗΓΟΡΟΣ
ΦΙΛΕΛΛΗΝΩΝ ... ΠΕΙΡΑΙΑΣ
ΤΗΛ. ... A.M.Δ.Σ.Α. 20511
ΑΦΜ: 039414297, ΔΟΥ: Γ' ΠΕΙΡΑΙΑ



1







ΘΕΟΔΩΡΟΣ Ζ ΑΛΜΥΡΑΝΤΗΣ
ΜΑΡΙΑ Α ΠΑΠΑΜΙΧΑΗΛΩΦ
ΔΙΚΑΣΤΙΚΟΙ   ΕΠΙΜΕΛΗΤΕΣ
ΦΙΛΩΝΟΣ   95   ΠΕΙΡΑΙΑΣ
Τηλ. 4130347

Αριθ. 8316
ΕΚΘΕΣΗ ΕΠΙΔΟΣΗΣ

Στον Πειραιά  σήμερα στις εικοσιμία (21) του μήνα Γενάρη του δύο χιλιάδες οκτώ (2008) χρόνου ημέρα Δευτέρα  και ώρα 15:00 εγώ η Μαρία Α. Παπαμιχαήλωφ Δικαστική   Επιμελήτρια   του Πρωτοδικείου Πειραιά  κάτοικος Πειραιά ύστερα από την παραπάνω γραπτή παραγγελία που μου δόθηκε πήγα για να επιδώσω   στην εταιρεία με την επωνυμία «DELFI SA» που εδρεύει στον Πειραιά Αττικής (οδός Αιτωλικού αρ. 6-8) υπό την ιδιότητά της ως πράκτορας , διαχειρίστρια, εκπρόσωπος και αντίκλητος της εταιρείας με την επωνυμία «STARFISH ENTERPRISES, INC.» πλοιοκτήτριας του πλοίου με σημαία Λιβερίας «KASCO», όπως εκπροσωπείται νόμιμα, η οποία εδρεύει στη Δημοκρατία της Λιβερίας, ακριβές αντίγραφο της παραπάνω   επί λέξει αντιγραφομένης   Τροποποίησης Κλήτευσης σε Αστική Υπόθεση ( AMENDED SUMMONS   IN   A   CIVIL   CASE) (ii)   Τροποποιημένη   Καταγγελία (AMENDED   COMPLAINT) ενώπιον του Περιφερειακού Δικαστηρίου των Ηνωμένων Πολιτειών – Νότια Περιφέρεια της Νέας Υόρκης (UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF NEW YORK) με τη συνημμένη μετάφραση αυτών στην ελληνική γλώσσα δυνάμει του συνημμένου Πιστοποιητικού Ακρίβειας  [Μετάφρασης] (Certificate of Accuracy) και της μετάφρασης αυτού, για να λάβει γνώση και για τις νόμιμες συνέπειες και επειδή δεν βρήκα το νόμιμο εκπρόσωπο της παραπάνω εταιρείας στον Πειραιά και στην οδό Αιτωλικού 6-8 που είναι τα γραφεία της, ούτε υπάλληλο αυτής, ούτε κάποιον άλλο, αλλά την πόρτα κλειστή, για το λόγο αυτό κόλλησα το χαρτιά που υπέγραψε παρα. καθ. Θεόδωρος Αλμυράντε και παρουσία του θυρωρού το άνω διαχραφο, τι τη συνημμένη μετάφραση



Εδώ σύνταξα αυτή την έκθεση η οποία αφού διαβάστηκε και βεβαιώθηκε υπογράφεται νόμιμα όπως ακολουθεί:

Η Δικαστική Επιμελήτρια







Απόδειξη παραλαβής απλού αντιγράφου

Στον Πειραιά σήμερα στις εικοσιμία (21) του μήνα Ιανουαρίου του δύο χιλιάδες οκτώ (2008) χρόνου ημέρα Δευτέρα και ώρα 15:40 εγώ η Μαρία Α. Παπαμιχαήλωφ Δικαστική Επιμελήτρια του Πρωτοδικείου Πειραιά κάτοικος Πειραιά πήγα στο Αστυνομικό Τμήμα Καμινιων και αφού βρήκα τον Αξ/κό Υπηρεσίας αυτού Αρχ/κα Π.Σ. υ. Ιωάννη Σαμιώτη του άρθρο 128 παρ.4 του Κ.Πολ.Δ. απλό αντίγραφο του δικογράφου που περιγράφεται στην έκθεση επίδοσης και που επικολλήθηκε στον Πειραια και στην οδό Λμ.(...)ου 6-8 που είναι τα γραφεία τη καθ'ης επίδοση εταιρείας με την επωνυμία "DELFI SA" υπο των ιδιότητα της ως πράκτορας διαχειρίστρια εκπρόσωπος και ανείγμησης της εταιρείας "STARFISH ENTERPRISES INC." που εδρεύει στη Δημοκρατία των Λιβερίας

Ο Παραλαβών  Αξ/κος Υπηρεσίας          Η Δικαστική Επιμελήτρια



ΙΩΑΝΝΗΣ Κ. ΣΑΜΙΩΤΗΣ
ΑΡΧΙΦΥΛΑΚΑΣ Π.Σ.


ΒΕΒΑΙΩΣΗ

Εγώ η Μαρία Α. Παπαμιχαήλωφ Δικαστική Επιμελήτρια του Πρωτοδικείου Πειραιά κάτοικος Πειραιά Βεβαιώνω ότι την 22-1-2008 παρέδωσα στην Βενετία κουτσαράκη εντεταλμένη υπάλληλο του κεντρικού ταχυδρομείου Αθηνικών Λομινας συστημένη επιστολή που απευθύνεται στην εταιρεία "DELFI SA" που εδρεύει στον Πειραιά, οδό Λμ.(...)ου 6-8 ως πράκτορας διαχειρίστρια εκπρόσωπος και ανείγμησης της εταιρίας "STARFISH ENTERPRISES INC" που εδρεύει στη Δημοκρατία της Λιβερίας

Η παραλαβούσα Υπάλληλος            Η Δικαστική Επιμελήτρια

RE548013789GR

THEODOROS ALMYRANTIS
MARIA A. PAPAMICHAILOF          No. *9316*
COURT BAILIFFS                  AFFIDAVIT OF SERVICE
95 FILONOS ST PIRAEUS
Tel. 4130347


In *Piraeus* today the *twenty first (21)* day of the month of *January* of the year two thousand and eight (2008) the day being a *Monday* and at *15:00* hrs, I *Maria Papamichailof* a Court Bailiff appointed to the Court of First Instance of Piraeus, resident of Piraeus following the written order given to me I went *in order that I serve upon* the company under the name "DELFI S.A." which has its seat in Piraeus Attica (6-8 Aitolikou Str. ) in its capacity as agent, manager representative and agent of service of the company named "STARFISH ENTERPRISES, INC" owner of the vessel under Liberian flag "KASCO", as lawfully represented, which has its seat in the Republic of Liberia, a true copy of the above Amended Summons in a Civil Case (ii) Amended Complaint before the United States District Court -- Southern District of New York which are copied verbatim together with their lawful translation into Greek pursuant to the Certificate of Accuracy and its translation, so that it receives knowledge and for legal consequences to ensue therefrom.

*And in view of the fact that I did not find the legal representative of the abovementioned company in Piraeus at 6-8 Aitolikou Str. where its offices are SITUATED, nor did I find any employee of it, nor anyone else but the door closed, for that reason I called the undersigned witness Theodoros Almyrantsi in whose presence I pine up on the door the above legal documents together with their translation into Greek.*

I here drew up this Affidavit which after it was read and its content was verified, it is lawfully executed as follows:


_____The witness_____                    The Court Bailiff


*(signature of Theodoros Almyrantis)*     *(signature and official seal of*
                                           *Court Bailiff)*

Receipt of plain copy

In Piraeus today the twenty first (21) of the month of January of the year two thousand and eight (2008) the day being Monday and at 15:40 hrs, I Maria A. Papamichailof a Court Bailiff appointed to the Court of First Instance of Piraeus resident of Piraeus I went to the Police Department of Kaminia and found the Duty Officer P.S. Ioannis Samiotis, Chief Officer, to whom I gave according to article 128 par. 4 of the Civil Code a plain copy of the legal document described in the affidavit of service which was pined up on the door in Piraeus 6-8 Aitolikou Str. where the offices of the company named "DELFI S.A." are situated, in its capacity as agent, manager representative and agent of service of the company named "STARFISH ENTERPRISES INC." which has its seat in the Republic of Liberia.


The recipient Duty Officer                          The Court Bailiff

*(seal)*

*(signature of Ioannis Samiotis*                    *(signature    and    official*

*P.S. Chief Officer)*                                *seal of Court Bailiff)*



CERTIFICATE

I Maria Papamihailof Court Bailiff appointed to the Court of First Instance of Piraeus resident of Piraeus certify that on the 22-1-2008 I gave to Venetia Koumparaki authorized clerk of the Central Post Office of Ampelakia of Salamina, a registered letter addressed to the company "DELFI S.A." which has its seat in Piraeus, 6-8 Aitolikou Str. In its capacity as agent, manager representative and agent of service of the company named "STARFISH ENTERPRISES INC." which has its seat in the Republic of Liberia.


The recipient clerk                                 The Court Bailiff


*(Seal and signature of Venetia Koumparaki)*        *(signature and official*
                                                    *seal of Court Bailiff)*

*reference post number RE548013789GR*

Certified to be a true, accurate and
complete translation of the document
attached hereto which was originally
written in the Greek language

Piraeus ........ 01.02.08 ..................

The certifying attorney-at-law

ANGELIKI ANTONOPOULOU
Attorney-at-law
5-7, Filonos Street
Piraeus
Phone 210-4294200