405-07/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
STARFISH ENTERPRISES, INC.
80 Pine Street
New York, New York 10005
(212) 425-1900
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

SAFIC ALCAN & CIE d/b/a ED&F MAN
FRANCE and PT AGRO JAYA PERDANA,

                  Plaintiff,

      - against -

M/T "KASCO", her engines, boilers, etc.,
and STARFISH ENTERPRISES, INC.,

                  Defendants.

-----------------------------------------------------------

07 CV 3977 (JSR)

**RULE 7.1 STATEMENT**

    Defendant Starfish Enterprises, Inc. by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel Peter J. Gutowski (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York
         March 19, 2008

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Defendant Starfish Enterprises, Inc.

               By: _____
                        Peter J. Gutowski (PG 2200)
                        Pamela L. Schultz (PS 8675)
                        80 Pine Street
                        New York, NY 10005
                        Telephone: (212) 425-1900
                        Facsimile: (212) 425-1901